No. 237. BAINBRIDGE W. BURDICK, APPELLANT, *v.* WILLIAM DILLON ET AL. Appeal from the United States Circuit Court of Appeals for the First Circuit. April 8, 1907. Dismissed, per stipulation. *Mr. Selden Bacon* for appellant. *Mr. H. V. Cunningham* for appellees.

No. 678. THE TEXAS AND PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* BEN SMALL. In error to the United States Circuit Court of Appeals for the Fifth Circuit. April 8, 1907. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. D. D. Duncan* for plaintiff in error. No appearance for defendant in error.

No. 100. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* THE TORREY CEDAR COMPANY. In error to the Circuit Court of the United States for the Eastern District of Wisconsin. April 15, 1907. Dismissed, on motion of *Mr. Solicitor-General Hoyt* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Charles Barber* for defendant in error.

No. 1, Original. THE STATE OF NEW JERSEY, COMPLAINANT, *v.* THE STATE OF DELAWARE. April 15, 1907. Bill of complaint dismissed without costs and without prejudice, on motion of *Mr. Robert H. McCarter* for the complainant. *Mr. Robert H. McCarter* for complainant. *Mr. Robert H. Richards* and *Mr. George H. Bates* for defendant.